HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA CUMMINGS, an individual,<br><br>                              Plaintiff,<br><br>     v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                              Defendant. | No. 2:19-cv-01978 BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE** |

THIS MATTER having been considered by the Honorable Barbara J. Rothstein of the above-titled Court on the parties' Stipulated Motion to Continue Trial,

The Court having considered the parties' papers, and good cause appearing, hereby GRANTS the Stipulated Motion to Continue Trial Dates. The Court hereby sets the following schedule:

| DESCRIPTION | NEW DATE |
|---|---|
| Reports from expert witness under FRCP 26(a)(2) due: | October 12, 2020 |
| Discovery completed by: | November 13, 2020 |
| All dispositive motions must be filed by: | January 11, 2021 |
| Motions *in Limine* must be filed by: | April 12, 2021 |
| Joint Pretrial Statement filed with the Court by: | April 19, 2021 |
| Pretrial conference date: | May 4, 2021 at 11:00 AM |
| JURY TRIAL DATE: | May 17, 2021 |

IT IS SO ORDERED.

DATED: July 6, 2020

Barbara Jacobs Rothstein
U.S. District Court Judge