**Judge Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA CUMMINGS, an individual, | No. 2:19-cv-01978 |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN PRETRIAL DEADLINES** |
| vs. | |
| SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation, | |
| Defendant. | |

THIS MATTER having been considered by the Honorable Barbara J. Rothstein of the above-titled Court on the parties' Stipulated Motion to Continue Trial,

The Court having considered the parties' papers, and good cause appearing, hereby GRANTS the Stipulated Motion to Extend Certain Pretrial Deadlines. The Court hereby sets the following revised schedule:

| DESCRIPTION | NEW DATE |
|---|---|
| Discovery completed by: | December 31, 2020 |
| All dispositive motions must be filed by: | February 8, 2021 |
| Motions in Limine must be filed by: | April 19, 2021 |
| Joint Pre-trial Statement must be filed by: | April 26, 2021 |

1  IT IS SO ORDERED.

2  DATED this 30th day of October 2020.

3

4  *Barbara J. Rothstein*

5  Barbara Jacobs Rothstein
   U.S. District Court Judge

6

7

   Presented by:
8
   FORSBERG & UMLAUF, P.S.
9
   *s/ Kimberly A. Reppart*
10 Matthew S. Adams, WSBA No. 18820
   Kim Reppart, WSBA No. 30643
11 901 Fifth Avenue, Suite 1400
   Seattle, WA 98164
12 Phone: (206) 689-8500
   Fax: (206) 689-8501
13 madams@foum.law
   kreppart@foum.law
14
   CORR CRONIN LLP
15
   *s/ Jeff Bone*
16 Jeff Bone, WSBA No. 43965
   Jocelyn Whiteley, WSBA No. 49780
17 1001 Fourth Avenue, Suite 3900
   Seattle, Washington 98154
18 (206) 625-8600 Phone
   (206) 625-0900 Fax
19 jbone@corrcronin.com
   jwhiteley@corrcronin.com
20

21

22

23