1

2

3                                                              **Judge Barbara J. Rothstein**

4

5

6                              UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
7                                       AT SEATTLE

8   JULIA CUMMINGS, an individual,          No. 2:19-cv-01978

9                   Plaintiff,              **ORDER GRANTING STIPULATED**
                                            **MOTION TO EXTEND DISCOVERY**
10          vs.                             **DEADLINE**

11  SAFECO INSURANCE COMPANY OF
    AMERICA, a New Hampshire corporation,
12
                    Defendant.
13

14          The Court having considered the Stipulated Motion to Extend Discovery Deadline, and

15  good cause appearing, hereby GRANTS the motion. The discovery deadline in this matter is

16  hereby extended to January 29, 2021.

17          IT IS SO ORDERED.

18          DATED this 28th day of December 2020.

19

20

21          Barbara Jacobs Rothstein
            U.S. District Court Judge

22

23