THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JULIA CUMMINGS, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire corporation,<br><br>　　　　　　　　　Defendant. | No. 2:19-cv-01978-BJR<br><br>**STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

IT IS HEREBY STIPULATED by Plaintiff Julia Cummings and Defendant Safeco Insurance Company of America, through their respective attorneys, that all claims asserted by Plaintiff against Defendant shall be dismissed with prejudice and without an award of costs or attorneys' fees to any party.

///

///

///

///

///

STIPULATED MOTION AND
ORDER OF DISMISSAL – 1
No. 2:19-cv-01978-BJR

1
2      DATED: February 10, 2021

3      CORR CRONIN LLP                                    FORSBERG & UMLAUF, P.S.

4      *s/ Kelly H. Sheridan*                             *s/ Matthew S. Adams*
       Kelly H. Sheridan, WSBA No. 44746                  Matthew S. Adams, WSBA No. 18820
5      Jocelyn Whiteley, WSBA No. 49780                   Kim Reppart, WSBA No. 30643
       1001 Fourth Avenue, Suite 3900                     901 Fifth Avenue, Suite 1400
6      Seattle, Washington  98154                         Seattle, WA  98164
       (206) 625-8600 Phone                               Phone: (206) 689-8500
7      (206) 625-0900 Fax                                 Fax:  (206) 689-8501
       ksheridan@corrcronin.com                           madams@foum.law
8      jwhiteley@corrcronin.com                           kreppart@foum.law

9      *Attorneys for Plaintiff*                          *Attorneys for Defendant*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATED MOTION AND
ORDER OF DISMISSAL – 2
No. 2:19-cv-01978-BJR

**ORDER**

THIS MATTER having come before the Court on the above stipulation of the parties (Dkt. No. 27), IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Safeco Insurance Company of America are DISMISSED with prejudice and without an award of costs or fees to any party.

DONE this 10th day of February, 2021.

*Barbara J. Rothstein*

Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND
ORDER OF DISMISSAL – 3
No. 2:19-cv-01978-BJR